ELECTRONICALLY FILED
3/17/2021 2:49 PM
37-CV-2021-900007.00
CIRCUIT COURT OF
HENRY COUNTY, ALABAMA
SHIRLENE B. VICKERS, CLERK

## IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

| | |
|---|---|
| JASON HARRIS,<br>CHRISTA HARRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ACCORDIA LIFE AND ANNUITY COMPANY,<br>FICTITIOUS DEFENDANTS 1, 2, 3, …<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CV: 2021-_____<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

### COMPLAINT

1. Plaintiff Jason Harris is a resident citizen of Henry County, Alabama and is over the age of nineteen (19) years. Plaintiff Jason Harris is the insured on a term life policy with Defendant Accordia Life and Annuity Company, policy number AB03253400.

2. Plaintiff Christa Harris is a resident citizen of Henry County, Alabama and is over the age of nineteen (19) years. Plaintiff Christa Harris is the wife of Plaintiff Jason Harris and the named beneficiary of policy number AB03253400.

3. Defendant Accordia Life and Annuity Company is a foreign corporation doing business in Henry County, Alabama and is subject to the jurisdiction of this Court.

4. Fictitious Defendants 1, 2, 3, … are those firms corporations, partnerships, limited liability companies, individuals, and/or other legal entities who breached their agreements with Plaintiffs, made misrepresentations and/or omissions concerning the terms of the policy at issue, and/or who are otherwise liable for the tortious conduct alleged herein.

5. Named and Fictitious Defendants will hereinafter be referred to collectively as "Defendants."

6. Jurisdiction and venue is proper in the Circuit Court of Henry County, Alabama.

7. Plaintiff Jason Harris has timely made all premium payments under the policy.

8. On January 7, 2021, Defendants wrongfully cancelled Plaintiff Jason Harris term life insurance policy for nonpayment of premium when all premium payments had been timely received.

9. Defendants entered into a pattern and practice of fraudulent conduct, which included the fraud practiced on Plaintiffs.

10. The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

11. Plaintiffs relied upon Defendants superior knowledge, position, and expertise to advise them as to their insurance needs.

## COUNT ONE: BREACH OF CONTRACT

12. Plaintiffs reallege all prior allegations of the Complaint.

13. Defendants breached their contract with Plaintiffs.

14. As a result of that breach, Plaintiffs were injured and damaged. They paid premiums for life insurance that was wrongfully cancelled. They lost interest on those premium payments. They suffered mental anguish and emotional distress. They have or will incur substantially higher cost in replacing their cancelled insurance.

## COUNT TWO: FRAUDULENT SUPPRESSION AND/OR MISREPRESENTATION

15. Plaintiffs reallege all prior allegations of the Complaint.

16. Defendants fraudulently suppressed and/or misrepresented the true and correct amounts due under said policy.

17. Defendants fraudulently suppressed and/or misrepresented when said payments when due under the insurance policy.

18. These misrepresentations and suppressions occurred in the regular billing statements sent to Plaintiffs' home address.

19. As a result, Plaintiffs were injured and damaged as specified in paragraph 14.

WHEREFORE Plaintiff Jason Harris demands judgment for compensatory and punitive damages in an amount not exceeding $75,000.00, plus cost.

WHEREFORE Plaintiff Christa Harris demands judgment for compensatory and punitive damages in an amount not exceeding $75,000.00, plus cost.

**PLAINTIFFS DEMAND TRIAL BY STRUCK JURY.**

Respectfully submitted this the 17th day of March, 2021.

*/s/ Charles Hudson*
Charles Hudson (HUD037)
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, Alabama 36117
Telephone: (334) 676-1628
Facsimile: (334) 676-1628
hudsoncharles39@yahoo.com

*/s/ L. Shane Seaborn*
L. Shane Seaborn (SEA027)
PENN & SEABORN, LLC
1442 South Eufaula Avenue
Eufaula, Alabama 36027
Telephone: (334) 687-5555
Facsimile: (334) 687-5111
sseaborn1@yahoo.com

*/s/ Spencer Danzey*
Spencer Danzey (DAN042)
The Danzey Firm, PC
Post Office Box 608
Abbeville, Alabama 36310
Telephone: (334) 585-2246
Facsimile: (334) 585-5392

To the Circuit Clerk of Henry County, Alabama.

    Please serve Defendant by Clerk's certified mail at the address below.

Accordia Life and Annuity Company
c/o C T Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104