# IN THE UNITED STATES DISTRICT COURT
# FOR MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON HARRIS,<br>CHRISTA HARRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ACCORDIA LIFE AND ANNUITY<br>COMPANY, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:21-cv-00299-SRW<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, Defendant Accordia Life and Annuity Company ("Accordia"), by and through its undersigned counsel, respectfully shows the Court as follows:

Accordia is an Iowa corporation and is directly wholly-owned by Commonwealth Annuity and Life Insurance Company, a Massachusetts corporation. Commonwealth Annuity and Life Insurance Company is directly wholly-owned by Global Atlantic (Fin) Company, but indirectly owned by The Global Atlantic Financial Group LLC. Although The Global Atlantic Financial Group LLC is not a publicly-traded entity, more than 10% of its stock is indirectly held by KKR & Co. Inc. (NYSE: KKR).

05913006.1

/s/ Emily C. Burke
J. Ethan McDaniel
Joshua R. Hess
Emily C. Burke
*Attorneys for Accordia Life and Annuity Company*

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Ave. North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Fax: (205) 254-1999
Email:
emcdaniel@maynardcooper.com
jhess@maynardcooper.com
eburke@maynardcooper.com

05913006.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via the CM/ECF system which will send electronic notification to counsel, on this the 27th day of April, 2021:

Charles Hudson
L. Shane Seaborn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, Alabama 36117
Telephone: (334) 687-5555
Facsimile: (334) 687-5111
Email:
Hudoncharles39@yahoo.com
Sseaborn1@yahoo.com

Spencer Danzey
The Danzy Firm, PC
P.O. Box 608
Abbeville, Alabama 36310
Telephone: (334) 585-2246
Facsimile: (334) 585-5392
emmie@danzeyfirm.com

 

                                                */s/ Emily C. Burke*
                                                **OF COUNSEL**

05913006.1